938

No. 79–1409. LUETKEMEYER v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 79–1411. BUSHONG v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 79–1412. CROSMAN v. LONG ISLAND UNIVERSITY. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 79–1417. BARTHOLOMEW ET AL. v. VIRGINIA CHIROPRACTORS ASSN., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–1418. GLOBE PAPER CO. v. LINDLEY, TAX COMMISSIONER OF OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 79–1421. DESIGN & MANUFACTURING CORP. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–1440. ADAMIAN v. LOMBARDI ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–1441. FORAKER v. OHIO. Ct. App. Ohio, Licking County. Certiorari denied.

No. 79–1449. KENTUCKY STATE BOARD FOR ELEMENTARY AND SECONDARY EDUCATION ET AL. v. RUDASILL ET AL. Sup. Ct. Ky. Certiorari denied.

No. 79–1461. MEYER v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.